Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
Frank J Draffkorn
Sally A Draffkorn

Case No. 12-38968
Account No. 4717

BANK OF AMERICA
PO BOX 660933
DALLAS, TX 75266-0933

Frank J Draffkorn
Sally A Draffkorn
9N927 Heatherington Pl.
Elgin, IL 60124

ROBERT J SEMRAD & ASSOC
20 S CLARK ST  28TH FL
CHICAGO, IL 60603-1811

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)**

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on September 29, 2014.

/S/  Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on October 16, 2014.

/S/  Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888